# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1008. RODGER REDDEN v. JACOB BEASLEY.**

In August 2023, prison inmate Rodger Redden filed a pro se petition for a writ of mandamus against the warden of Smith State Prison. The trial court granted the warden's motion to dismiss the petition, and Redden filed this direct appeal. The warden has filed a motion to dismiss the appeal.

Under the Prison Litigation Reform Act of 1996, an appeal in a civil action filed by a prisoner must be initiated by filing an application for discretionary review. See OCGA § 42-12-8, cross-referencing OCGA § 5-6-35; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Redden was incarcerated when he filed this civil action, his failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal. Consequently, the warden's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction. See *Jones*, 267 Ga. at 490-491.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/21/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.